BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0084 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| SHAKWUAN MAHAN, AND JESSE ROBERT CORRAL, | DATE: April 8, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |
| Defendants. | |

On April 8, 2014, the Court held a status conference in this case. Assistant United States Attorney Olusere Olowoyeye appeared on behalf of plaintiff, the United States of America. Defense counsel Tim Zindel and Tim Pori appeared with defendants Shakwuan Mahan and Jesse Corral, who were present and in custody.

This Court granted a continuance for a further status conference to May 13, 2014, at 9:15 a.m.

The government has represented that the discovery associated with this case includes 148 pages of discovery including investigating reports and criminal history information for defendant Mahan and 56 pages including investigating reports and criminal history information for defendant Corral. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

The parties requested an exclusion of time pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

1  Code T4]for defense counsel preparation.

2      Having found that the ends of justice served by continuing the case as requested outweigh the
3  interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial
4  Act, the Court therefore excluded time from April 8, 2014, to, and including, May 13, 2014, from
5  computation of time within which the trial of this matter must be commenced, pursuant to Local
6  Code T4.

7  DATED: April 10, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME

2