HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
SHAKWUAN MAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0084 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE RELEASE** |
| SHAKWUAN MAHAN, | |
| Defendant. | Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Shakwuan Mahan, that the Court may order Mr. Mahan released to the U.S. Marshal by 8:30 a.m. on Tuesday, so that he may appear out of custody for the dispositional hearing scheduled for 9:15 a.m.

This agreement arises from the following.  The probation office and Mr. Mahan have agreed to modify Mr. Mahan's supervised release to order him to reside for 120 days at the

-1-

1  Residential Re-entry Center in Oakland, California, commencing
2  next Tuesday, March 13, 2018.  (The probation officer advises
3  that she will file a proposed modification order shortly.)  The
4  parties contemplate appearing that morning and will ask the
5  Court to reschedule the dispositional hearing for 120 days to
6  see how Mr. Mahan progresses.  The parties request an advance
7  release order because Mr. Mahan is able to arrange
8  transportation to the RRC after Court on Tuesday and will be
9  able to report during business hours rather than await an after-
10 hours release from the County Jail, which may complicate his
11 transportation.
12     All other conditions of supervised release shall remain in
13 effect.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  March 8, 2018               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for SHAKWUAN MAHAN


                                    McGREGOR SCOTT
                                    United States Attorney

Dated:  March 8, 2018               /s/ T. Zindel for Q. Hochhalter
                                    QUINN HOCHHALTER
                                    Assistant U.S. Attorney

**O R D E R**

Mr. Mahan is ordered released to the U.S. Marshal by 8:30 a.m. Tuesday, March 13, 2018. As previously ordered, he shall appear before the Court that day at 9:15 a.m. for further instructions.

IT IS SO ORDERED.

Dated: March 8, 2018      /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Court Judge